FILED
January 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, <br><br> Plaintiff, <br><br> v. <br><br> DEBT MEDIATORS, LLC a Florida Limited Company, also known as CM SOLUTIONS LLC, ANTHONY FRANCISCO and ANDREA FRANSISCO <br> Defendants. | EP-21-CV-00278-DB |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff respectfully moves this Court for leave to amend his Complaint to add more specific details regarding the specific actions of the individual Defendants. Adding additional details related to the conduct of the Defendants does not involve different subject matter or raise significant new factual issues.

Additionally, there are no new facts raised against Defendants in the attached proposed First Amended Complaint. Under the Federal Rules of Civil Procedure, under Rule 15, "the court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "The federal policy of liberality in permitting amendments to pleadings, as embodied in [Federal Rule 15], is self-evident." Davenport v. Ralph N. Peters & Co., 386 F.2d 199, 204 (4th Cir. 1967). [T]he general rule is that leave to amend a complaint under Federal Rule of Civil Procedure 15(a) should be freely given, see Foman v. Davis, 371 U.S. 178, 182 (1962), unless "the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would have been futile," Laber v. Harvey, 438 F.3d 404, 426 (4th Cir. 2006)

(internal quotation marks omitted)." Steinburg v. Chesterfield County Planning Com'n, 527 F.3d 377, 390 (4th Cir. 2008). "It is this Circuit's policy to liberally allow amendment in keeping with the spirit of [Fed. R. Civ. P.] 15(a)." Galustian v. Peter, 591 F.3d 724, 729 (4th Cir. 2010) (citing Coral v. Gonse, 330 F.2d 997, 998 (4th Cir. 1964)). "Motions to amend are typically granted in the absence of an improper motive, such as undue delay, bad faith, or repeated failure to cure a deficiency by amendments previously allowed." Harless v. CSX Hotels, Inc., 389 F.3d 444, 447 (4th Cir. 2004) (citing Ward Elec. Serv., Inc. v. First Commercial Bank, 819 F.2d 496, 497 (4th Cir. 1987)). Here, there is no improper motive, such as undue delay or bad faith.

The proposed First Amended Complaint does not prejudice the Defendants as it arises from the same incidents and common facts and law. Hence, Defendants are on notice of these claims. Additionally, Defendants are not prejudiced with this amendment as it still has the opportunity to file its responsive pleading. In light of the settled Supreme Court and Fourth Circuit precedent, liberally applying the dictate of Fed. R. Civ. P. 15(a)(2) that "[t]he court should freely give leave when justice so requires," Plaintiff respectfully requests that this Honorable Court enter an order granting Plaintiff leave to file an amended complaint, and accepting and filing the proposed First Amended Complaint accompanying this Motion.

Dated: January 11, 2022                Respectfully Submitted,

*Brandon Callier*

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

**FILED**
January 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>Plaintiff,<br><br>v.<br><br>DEBT MEDIATORS, LLC a Florida Limited Company, also known as CM SOLUTIONS LLC, ANTHONY FRANCISCO and ANDREA FRANSISCO<br>Defendants. | §§§§§§§§§§§§§<br><br>EP-21-CV-00278-DB |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I caused a true copy of the foregoing, **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND** to be served via electronic mail to all attorneys of record.

January 11, 2022,                                   Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

**RECEIVED**
January 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Michael Trujillo__
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § § § Plaintiff, § § v. § § DEBT MEDIATORS, LLC a Florida Limited § Company, also known as CM SOLUTIONS LLC, § ANTHONY FRANCISCO and ANDREA § FRANSISCO § § Defendants. § § | EP-21-CV-00278-DB |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion for Leave to Amend, it is this,

_____ day of _____, 2022,

**ORDERED** that Plaintiff's Unopposed Motion for Leave to Amend be and is hereby **GRANTED**;

**SO ORDERED**

_____
**United States District Judge**