FILED
October 31, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Armendariz
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § **Plaintiff,** § § v. § § **DEBT MEDIATORS, LLC** a Florida Limited § Company, also known as **CM SOLUTIONS LLC,** § **ANTHONY FRANCISCO** and **ANDREA** § **FRANCISCO** § **Defendants.** § § | Cause # 3:21-cv-00278-DB |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AGAINST DEFENDANTS DEBT MEDIATORS, LLC, CM SOLUTIONS LLC, ANTHONY FRANCISCO and ANDREA FRANCISCO**

COMES NOW BRANDON CALLIER, in his individual capacity, and moves to dismiss Defendants DEBT MEDIATORS, LLC, CM SOLUTIONS, LLC, ANTHONY FRANCISCO and ANDREA FRANCISCO with prejudice.  Plaintiff and Defendants have resolved their case.

October 31, 2022

Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail
El Paso, TX 79912
915-383-4604
Callier74@gmail.com

## **CERTIFICATE OF SERVICE**

      I certify that on October 31, 2022, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record via electronic mail a copy of the foregoing.

October 31, 2022                                   Respectfully submitted,

                                                            *Brandon Callier*

                                                            Brandon Callier
                                                            Plaintiff, Pro Se
                                                           6336 Franklin Trail
                                                           El Paso, TX 79912
                                                           915-383-4604
                                                           [Callier74@gmail.com](mailto:Callier74@gmail.com)