RECEIVED
October 31, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Armendariz
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>Plaintiff,<br><br>v.<br><br>DEBT MEDIATORS, LLC a Florida Limited Company, also known as CM SOLUTIONS LLC, ANTHONY FRANCISCO and ANDREA FRANCISCO<br>Defendants. | Cause # 3:21-cv-00278-DB |

Upon consideration of Plaintiff's Motion to Dismiss DEBT MEDIATORS, LLC, CM SOLUTIONS, LLC, ANTHONY FRANCISCO and ANDREA FRANCISCO., with prejudice this, 1st day of Nov., 2022,

**ORDERED** that Plaintiff's Motion to Dismiss the above referenced cause with prejudice is hereby **GRANTED;**

**SO ORDERED**

_____
United States District Judge