IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>Plaintiff, | § § § | |
| v. | § § § | EP-21-CV-278-DB |
| DEBT MEDIATORS, LLC, a Florida Limited Company also known as CM SOLUTIONS LLC, ANTHONY FRANCISCO and ANDREA FRANCISCO,<br>Defendants. | § § § § § § | |

## FINAL JUDGMENT

On this day, this Court entered an order dismissing all claims against all the defendants in the above-captioned case with prejudice. ECF No. 31. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this **1st** day of **November 2022**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE